Argued January 23, reversed and remanded January 28, 1974

## BATTLE CREEK GOLF COURSE, INC. ET AL, *Petitioner, v.* OREGON LIQUOR CONTROL COMMISSION, *Respondent.*

517 P2d 1233

*J. Ray Rhoten,* Salem, argued the cause for petitioner. With him on the briefs were Rhoten, Rhoten & Speerstra and Keith J. Bauer, Salem.

*Al J. Laue,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Before FORT, Presiding Judge, and THORNTON and TANZER, Judges.

PER CURIAM.

REVERSED AND REMANDED.

This is an appeal of a denial by the Oregon Liquor Control Commission of an application for a Class A dispenser's license. ORS 472.110 (2). Although this case involves an application for such a license (liquor by the drink) rather than a package store license, it is governed by the same considerations as *Sun Ray Dairy v. OLCC,* 16 Or App 63, 517 P2d 289 (1973). Accordingly, we remand for reconsideration in light of that opinion.

Reversed and remanded.